1 

 Public Service Company of Colorado d/b/a Xcel Energy, Petitioner/Cross-Respondent v. Estate of Carol Ross, by and through its personal representatives Derek Ross and Tanya Weindler as heirs to Carol Ross. Respondent/Cross-Petitioner 
No. 25SC231
Supreme Court of Colorado, En Banc
November 17, 2025
 Court of Appeals Case No. 23CA1537 
 
 Petition and Cross-Petition for Writ of Certiorari GRANTED. 
 JUSTICE HART does not participate. 
 Whether, as a matter of first impression, the "felonious killing" exception to the Wrongful Death Act's cap on noneconomic damages, § 13-21-203(1)(a), C.R.S. (2024), by its plain language applies only to individuals and not corporations. 
 Whether, in determining the amount a plaintiff is entitled to recover in a wrongful death action, the court of appeals erred in, first, applying section 13-21-203(1)(a), C.R.S. (2024) to reduce the jury's award of noneconomic damages to the Wrongful Death Act's cap amount and then, second, applying the defendant's proportionate percentage of liability to further reduce the recovery.